**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00575-CV**

_____

**IN THE INTEREST OF B.P.R. AND G.D.R.**

_____

**On Appeal from the 1-A District Court**
**Jasper County, Texas**
**Trial Cause No. 30274**

_____

**ORDER**

Counsel of record for Appellee Jennifer Cline filed a motion to withdraw as counsel. The record is currently due to be filed on March 13, 2013; the appellee's brief will not be due until the record is filed and the appellant files his brief. Counsel provided the appellee's last known address, mailed a copy of the motion to the appellee at her last known address, and states that the appellee consents to the withdrawal. *See* Tex. R. App. P. 6.5(a).

The motion to withdraw as counsel for the appellee is GRANTED. Tex. R. App. P. 6.5. All notices in the appeal will be sent to Jennifer Cline at 3111 Woodland Drive, Southlake, Texas 76092.

ORDER ENTERED February 28, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.